# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gesner, Beth P. | U.S District Court - Md. | 07/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate - Full | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse 101 West Lombard St. Baltimore, Md. 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | ▨ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▮▮▮▮ ▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank | Promissory Note - Law Firm capital | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gesner, Beth P.** | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank Common | A | Dividend | K | T | | | | | |
| 2. Brookfield Common | A | Dividend | K | T | | | | | |
| 3. Eldarado Resort Common | | None | | | Sold | 03/21/19 | L | E | |
| 4. Berkshire Hathaway Common | | None | N | T | | | | | |
| 5. Altria Common | D | Dividend | M | T | | | | | |
| 6. Fidility Muni Money Fund | B | Interest | N | T | | | | | |
| 7. TBT (ETF) | A | Dividend | J | T | Sold (part) | 08/16/19 | J | | |
| 8. Telefonica Common | A | Dividend | K | T | | | | | |
| 9. DOJ Credit Union | D | Interest | P1 | T | | | | | |
| 10. Virtus Total Return Fund common | B | Dividend | | | Sold | 08/16/19 | J | B | |
| 11. Jefferies common | A | Dividend | | | Sold | 08/17/19 | K | C | |
| 12. Fidility Cash Reserves | B | Interest | O | T | | | | | |
| 13. Markel Common | | None | L | T | | | | | |
| 14. Fidility Cap. App. Fund | C | Distribution | K | T | | | | | |
| 15. Fidility Aggressive Growth Fund | B | Distribution | K | T | | | | | |
| 16. Fidility Latin Am. Fund | A | Distribution | J | T | | | | | |
| 17. Eagle Bank Common | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppen. Flex. Strat. | A | Distribution | J | T | | | | | |
| 19. Putnam Sustainable Multi-Cap Growth Fund | A | Distribution | L | T | | | | | |
| 20. AT&T Common | A | Dividend | J | T | | | | | |
| 21. Occ. Pet. Common | D | Dividend | M | T | | | | | |
| 22. IBM Common | A | Dividend | J | T | | | | | |
| 23. Comcast Common | A | Dividend | K | T | | | | | |
| 24. Fidility Div. Int. Fund | A | Dividend | L | T | | | | | |
| 25. US Govt. FICO Strips | D | Interest | | | Matured | 10/09/19 | K | | |
| 26. PNC Bank (IRA) | A | Interest | L | T | | | | | |
| 27. Dollar Bank (IRA) | A | Interest | K | T | | | | | |
| 28. Touchstone Small Cap Fund | | None | | | Sold | 08/19/19 | L | E | |
| 29. New Perspectives Fund | B | Distribution | | | Sold | 08/19/19 | M | F | |
| 30. Capital World Growth & Income Fund | B | Distribution | | | Sold | 08/19/19 | M | E | |
| 31. Capital Income Builder Fund | C | Distribution | | | Sold | 08/19/19 | M | E | |
| 32. Fundamental Investors Fund | A | Distribution | | | Sold | 08/19/19 | M | F | |
| 33. AMCAP Fund | A | Distribution | | | Sold | 08/19/19 | M | E | |
| 34. T. Rowe Large Cap Fund | D | Distribution | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  CRM Small Cap. Value | D | Distribution | M | T | | | | | |
| 36.  Oakmark Select | D | Distribution | N | T | | | | | |
| 37.  Am. Funds Eur. | D | Distribution | M | T | | | | | |
| 38.  Wells Emerging Growth | D | Distribution | L | T | | | | | |
| 39.  Morgan Stanley | D | Distribution | M | T | | | | | |
| 40.  Vanguard Mid Cap | E | Distribution | N | T | | | | | |
| 41.  Vanguard Emerging Markets Fund | B | Distribution | L | T | | | | | |
| 42.  Vanguard Global Fund | D | Distribution | M | T | | | | | |
| 43.  Natixis AEW Real Estate Fund | D | Distribution | L | T | | | | | |
| 44.  Wells Fargo Money Market | A | Interest | K | T | | | | | |
| 45.  Broadstone Barrington Apts. f/k/a<br>Broadstone Investors II, L.P. | E | Distribution | L | R | | | | | |
| 46.  Principal Blue Chip Portfilio A (migrated<br>from Port 100 A) | | None | M | T | | | | | |
| 47.  Scholar's Edge Agg. Port. A (migraded from<br>Dreyfuss Research Growth) | | None | M | T | | | | | |
| 48.  Vangaurd Mid Cap Index (migrated from<br>Main St. Mid) Mid-Cap | | None | K | T | | | | | |
| 49.  Principal Sys. Inter. Port. (migrated from<br>NM Intl.) Eqty. Fund | | None | K | T | | | | | |
| 50.  Severn Savings Money Market | C | Interest | M | T | | | | | |
| 51.  PNC Money Market | B | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BAT Common | B | Dividend | K | T | | | | | |
| 53. Alibaba Common | | None | L | T | | | | | |
| 54. California Resourses Common | | None | J | T | | | | | |
| 55. Fireeye Common | | None | J | T | | | | | |
| 56. Highlands Bluffs, LLC | B | Distribution | L | R | | | | | |
| 57. MLG Private FundII, LLC | F | Distribution | M | R | | | | | |
| 58. Westmount at Summer Cove LLC | B | Distribution | L | R | | | | | |
| 59. Westomount at ColonnadeLLC | D | Distribution | | | Sold | 01/31/19 | M | E | |
| 60. Shelbourne Falcon Hotel RL DC LLC | | None | L | R | | | | | |
| 61. Windsor Village SA Investors LLC | | None | L | R | | | | | |
| 62. Westmount Cape Cod Investors LLC | C | Distribution | L | R | | | | | |
| 63. MLG Private Fund III | E | Distribution | M | R | | | | | |
| 64. MLG/PF Mercer Co-Investor | C | Distribution | L | R | | | | | |
| 65. Westmount at Copper Mill Investors | D | Distribution | L | R | | | | | |
| 66. RS Greensboro Portfolio | D | Distribution | L | R | | | | | |
| 67. RS-The Mill | B | Distribution | L | R | | | | | |
| 68. Broadstone Brambleton Town Center f/k/a Broadstone Investors V | A | Distribution | M | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | SHS ETF | A | Dividend | K | T | | | | | |
| 70. | Wells Fargo Managed Dividend Portfolio | D | Dividend | N | T | | | | | |
| 71. | Melco Resorts Common | A | Dividend | J | T | | | | | |
| 72. | FSCT Pref Series D | E | Dividend | M | T | | | | | |
| 73. | MLG Private Fund IV | E | Distribution | M | R | | | | | |
| 74. | MLG SW Indutrial Co-Investor | D | Distribution | L | R | | | | | |
| 75. | Westmount Houston Street LLC | C | Distribution | L | R | | | | | |
| 76. | Trials at Creekside LLC | B | Distribution | L | R | | | | | |
| 77. | Del Taco Common | | None | | | Sold | 07/08/19 | J | A | |
| 78. | Huntington Bank Common | A | Dividend | J | T | Buy | 07/24/19 | J | | |
| 79. | Oxy Common | | None | | | Buy | 04/30/19 | L | | |
| 80. | Oxy Common | | None | | | Sold | 04/30/19 | L | A | |
| 81. | Howard Bank CD | D | Interest | N | T | | | | | |
| 82. | Sandy Spring Bank CD | C | Interest | N | T | Open | 03/19/19 | M | | |
| 83. | Severn Bank Common | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 84. | Broadstone Marque Investors, LLC | | None | M | R | Buy | 12/26/19 | M | | |
| 85. | Forefront Managed Port. | | None | P1 | T | Buy | 08/23/19 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gesner, Beth P.** | 07/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 28 - 33 - each of these investments were sold as part of a change in IRA accounts. Proceeds deposited in Forefront Managed Portfolio (shown on Line 85.

Part VII, Line 45 - Investment acquired in 2004 for $100,000.

Part VII, Lines 46 - 49 - In reponse to the Committee's inquiry with respect to the 2017 report, these funds, which are 529 funds, do not make distributions; gains are added to the principal amount. In 2019, the 529 sponsor switched funds and migrated the accounts as indicated.

Part VII, Line 56 - Investment acquired in 2014 for $100,000.

Part VII, Line 57 - Investment acquired in 2014 for $200,000.

Part VII, Line 58 - Investment acquired in 2015 for $100,000.

Part VII, Line 59 - Investment acquired in 2015 for $100,000.

Part VII, Line 60 - Investment acquired in 2015 for $100,000.

Part VII, Line 61 - Investment acquired in 2015 for $100,000.

Part VII, Line 62 - Investment acquired in 2015 for $100,000.

Part VII, Line 63 - Investment acquired in 2016 for $200,000.

Part VII, Line 64 - Investment acquired in 2016 for $100,000.

Part VII, Line 65 - Investment acquired in 2016 for $100,000.

Part VII, Line 66 - Investment acquired in 2016 for $100,000.

Part VII, Line 67 - Investment acquired in 2017 for $100,000.

Part VII, Line 68 - Investment acquired in 2017 for $250,000.

Part VII, Line 73 - Investment acquired in 2018 for $250,000.

Part VII, Line 74 - Investment acquired in 2017 for $100,000.

Part VII, Line 75 - Investment acquired in 2019 for $100,000.

Part VII, Line 76 - Investment acquired in 2018 for $250,000.

Part VII, Line 81 - CDs were opened in 2018 and were inadvertantly omitted from 2018 report.

Part VII, Line 84 - Investment acquired in 2019 for $250,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 07/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth P. Gesner**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544